### HALLETT v. MANSFEILD

George Hallett plantiff against Paul Mansfeid Defend^t in an Action of the case for withholding a Debt of sixteene pounds due to the s^d

Hallett per Bill for a servant he sould the said Mansfeild with Due Damages according to Attachm$^t$ Dated the twelveth Day of the sixth Month 1671 . . . the Jurie . . . [4] found for the plantiff seauenteene pounds Damage according to bill & Costs of Court twenty eight shillings & two pence.

Execucion Issued 15th of 9$^{br}$ 1671